**FELMAN, DAGGENHURST & El DABE**
R Daggenhurst 226572
13743 Ventura Blvd., Ste 350,
Sherman Oaks, CA 91423
Tel:  818-990-8800
Fax: 818-728-7929
richard@fdelawfirm.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; JESSE JAMES DAVIS IV, an individual<br>    Plaintiffs,<br><br>vs.<br><br>JOHN C GIBSON TRUSTEE ET AL<br>Does 1-10 inc.<br>Defendants. | CASE NO: 8:21-CV-00009<br><br>NOTICE OF SETTLEMENT OF CASE;<br>Decl. of Counsel in Support<br><br>OSC DATE:  5/6/2021 |

TO THE HONORABLE COURT, PLEASE TAKE NOTICE that Plaintiffs and Defendants have reached a fully dispositive settlement agreement in this matter, per the attached declaration of Defendants' counsel. The Declaration of Counsel further states that the delay in entering the settlement (and the Defendants' appearance herein) is the fault of Defendants' counsel, and not the fault of Plaintiffs. Defendants ask that the OSC be trailed by 14 days in order to allow the settlement to be finalized and enter into Court.

DATED: 05/03/2021                                FELMAN, DAGGENHURST & EL DABE

                                                 By: _____
                                                     Richard Daggenhurst
                                                     Of Attorneys for Defendants

**NOTICE OF SETTLEMENT UNITED AFRICAN-ASIAN vs JOHN GIBSON 8-21-CV-0009**

Page 1

<u>Declaration of Richard Daggenhurst in Support</u>

I, the undersigned, Richard Daggenhurst, do hereby declare as follows:

1. The statements that I make below are based on personal knowledge, and I can testify thereto at any hearing.
2. I am an attorney admitted to practice before this Court and am of attorneys for the Defendants herein.
3. Plaintiffs and Defendants have negotiated a fully dispositive settlement agreement; it is my fault (I let it sit) that it has not been finalized and executed before today, and I ask the Court to trail the OSC re dismissal for two weeks or so, so that the settlement can be executed and entered into Court. If so some reason the settlement fails, and I do not think this will happen, then Defendants will timely file their answer before the new OSC date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed at Sherman Oaks, CA on May 3, 2021.

By: _____
Richard Daggenhurst Declarant

**NOTICE OF SETTLEMENT UNITED AFRICAN-ASIAN vs JOHN GIBSON 8-21-CV-0009**

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
PLAINTIFFS UNITED AFRICAN ASIAN ABILITIES CLUB ET AL VS JOHN GIBSON ET AL DEFENDANT(S). CASE NUMBER 8:21-CV-0009
PROOF OF SERVICE -

I, the undersigned, RICHARD DAGGENHURST certify and declare that I am over the age of 18 years, employed in the County of LOS ANGELES, State of California, and not a party to the above-entitled cause.

On MAY 3RD, 2021, I served a true copy of THE NOTICE OF SETTLEMENT OF CASE by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: DAVID C WAKEFIELD ESQ., LIGHNING LAW APC., 10620 TREENA STREET, STE 230, SAN DIEGO, CA 92131

Place of Mailing: SHERMAN OAKS, CALIFORNIA. I ALSO EMAILED IT TO HIM TO HIS EMAIL ADDRESS OF DCW@DMWAKELAW.COM FROM MY EMAIL ADDRESS OF RICHARD@FDELAWFIRM.COM THE TRANSMISSION WENT THROUGH WITHOT REPORTED ERROR.

Executed on 05/03/2021 at SHERMAN OAKS, California. I hereby certify that I am a member of the Bar of the United States District Court, Central District of California. I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Richard Daggenhurst Declarant

**NOTICE OF SETTLEMENT UNITED AFRICAN-ASIAN vs JOHN GIBSON 8-21-CV-0009**